UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PILOT ENERGY SOLUTIONS, LLC, PILOT INTELLECTUAL PROPERTY, LLC, Plaintiffs, v. CHEVRON U.S.A. INC., SCOUT ENERGY MANAGEMENT, LLC, Defendants. | CIVIL ACTION NO. 4:23-cv-02505-AHB |

**CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to the Local Rules, Counsel for Plaintiffs and Counsel for Defendants conferred concerning the relief sought in this motion. Counsel for Plaintiffs and Counsel for Defendants do not oppose this motion.

/s/Kevin J. Meek

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, an Agreed Joint Motion to Stay Pending Resolution of Motion to Dismiss was filed electronically under docket no. 35 and served on all counsel of record.

/s/ Kevin J. Meek
Kevin J. Meek
Attorney-in-Charge
Texas Bar No. 13899600
Alexander T. Piala
Of Counsel
Texas Bar No. 24110224

1

**MCDERMOTT WILL & EMERY LLP**
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2575
kmeek@mwe.com
apiala@mwe.com

David M. Genender
Of Counsel
Texas Bar No. 00790757
SDTX No. 19716
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street
Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 210-2804
dgenender@mwe.com

*Attorneys for Defendant Scout Energy Management, LLC*

2